UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sheldon Dashawn John

**18CV9164**

No. 2017P1018079
(To be filled out by Clerk's Office)

Write the full name of each plaintiff.

-against-

Comptroller office of the State 1 centre Street new york NY 10007

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes  ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.



### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: __Because I was in Jail when I had the So_H Hearing and call and let then know where I was at and was sent adjournment paper work on 5/31/18 at 2:30 pm__

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__Sheldon__    __Dashawn__    __John__
First Name    Middle Initial    Last Name

__none__

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__Book case number on this case 1411704131__

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__Manhattan Dentention Complex__
Current Place of Detention

__125 White Street__
Institutional Address

__New york__    __NY__    __10013__
County, City    State    Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

dont ho name but knew They Photo at +D 30 police

First Name | Last Name | Shield #

Current Job Title (or other identifying information)

Office

Current Work Address

County, City | State | Zip Code

Defendant 2:

First Name | Last Name | Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City | State | Zip Code

Defendant 3:

First Name | Last Name | Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City | State | Zip Code

Defendant 4:

First Name | Last Name | Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City | State | Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: __Inside woodhull hosptal and__
__kingscounty hosptal__

Date(s) of occurrence: __April, 15, 17, 2017__

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I Sheldon John claim number for this case 2017P101809 was assult by a +D30 office on April 15, 17 of 2017 at woodhull hosptal and kingscouty Hosptail when I hand cuff and legs shockers on me on 15, of April around 5pm I was being ecoret to woodhull hosptail for chest pain when I was in the hosptal they cuff me to a bed that when out of nowhere they had a men that was dunk and started throw punched at me when I was cuffed to the pole that when a young office that was there with me came to me and said something to me and I said something to him that when he punch me and my left eye that when I ask to speak to the doctor to have xray and treament for my swollen left black eye for the h.to. and on Apcil 17 around 3 somthing pm I was being escat to king county hosptal for my Injuryer that happen at woodhull houspta on 15 of April of 2017 I had gotten treament and more X ray done that when I was being discharges out of kingscounty hosptal that when out of nowhere my arresting dt office come to releaf the other office that when. when I was walking out with my hand cuffed behind my back

Page 4

and leg shock on my legs that when out of no where the black DT office started to bend my hand and said how that feel I said can you I dont do that that when he said shut the fuck up nigger and the other white DT grab me by the neck throw me on the floor. that when the black DT punch me in my right eye two time and give me swolloen in my eye and black and blue that when I gotting re treament for my injury and give a face mask for my swolloen for

**INJURIES:** my eye. and pill and xray PS I was in Jail when I had The so it Hearing on 5/21/18 at 2:30pm and still is in Jail.

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I had two black and blue under my eyes both side and treament at woodhul hosptal on April 15, 2017 and King County hospital at April 17, 2017

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

1 millon doller cash and police off they duty past. for my injuries whild I had those cuff on my legs and hands. Volation of my right.

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

_9/27/18_
Dated

_Sheldon John_
Plaintiff's Signature

_Sheldon_ — First Name
_Dashawn_ — Middle Initial
_John_ — Last Name

_Manhattan Detention Complex_
Prison Address

_New York_ — County, City
_NY_ — State
_10013_ — Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: _9/27/18_

Page 6



Sheldon John 1411802123
125 White Street MDC
Newyork, NY 10013

300 Quarropas Street White Plains NY 10601