Case 1:18-cv-05826-LDH-MMH   Document 14   Filed 06/02/20   Page 1 of 7 PageID #: 39



FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 02 2020 ★
BROOKLYN OFFICE

JUN 03 2020

Seen by the Pro Se Office 6/2/20202-KC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Sheldon Dashawn John
DOB 08/15/86

_____
                    Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

TD 30 police Subway cops

_____
                    Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES ✓    NO ____

I.  Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

   A. Name of plaintiff   Sheldon Dashawn John Homeless

   If you are incarcerated, provide the name of the facility and address:
   Midstate Correctional facility po box 2500
   marcy New York 13404

   Prisoner ID Number:  DIN 19A3394

If you are not incarcerated, provide your current address:

_none_

Telephone Number: _don't have one at this time_

B. List all defendants. You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name: _don't knew name but know photo_

Job Title: _NYPD Subway TD cops office_

Address: _Bage of one of them 12394 precinct TD 30 uniform on the injuries day light skin tall light czar cut_

Defendant No. 2

Full Name: _TD 30 cops NYPD Subway know_

Job Title: _photo had plain wearing, of injurie day_

Address: _brown skin green nike sweater and blue jean middle czar cut and tall_

Defendant No. 3

Full Name: _TD 30 cops of NYPD Subway_

Job Title: _had on gray sweater blue jeans plain_

_wearing white cop dark fade cut tall blue eyes_

Address _____

Defendant No. 4

Full Name _____

Job Title _____

Address _____

Defendant No. 5

Full Name _____

Job Title _____

Address _____

II. **Statement of Claim:**

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? On may 15, 2017 at woodhull Medical and mental Health center hosptal area at my bed location D15-704/Bed 2 and at king county hospital on may 18, 2017 at my bed D15-RIV B12 location

When did the events happen? (include approximate time and date) on may 15, 2017 around 5 something pm I was being ecorded to the hosptal from tl) 30 Station to the hospital by ems worker by the van with two unform Nypd subway cops one tall light skin

Facts: (what happened?) one with the light czar cut badge 12394 and his parner a dark female unform tb30 cop red wave fake hair that was on her phone all day both took me hand cuffed behind my back and leg shock to woodhull hosptal with the ems worker to the hosptal in the ems van for chest pain that I was having in the penicnt we made it to the hospital that when the nurse at the front deck did my blood prusse then told the light skin cop we going to move me to bed DIS204/Bed2 and gave me a risk band 3740327-13. then push me next to a druk person that had no hand cuff on and leg shock like I had on me that when the nurse told him the light skin cop to cuff me to the bed pole so he did cuff my left hand to the pole of the bed that when the druk mecrcan man start try to talk to me and I act like I did not hear him that when out of no where the mecakian man throw a punch at me on the left side of me on his bed and start to curse me out that when the light skin tall tb30 cop stand up to me and said what the fuck you doing then out of no where punch me two time in my face where the meakican man try to hit me at that when I yell for a doctor that when the doctor came to me I told him I just got assuited by the cop and he said what happen I told him the light skin cop punch me in my left side face two time that when he said do you need treament I said yes they did xray scan on my face give me pain pill then discarge me out to the booking then 3 days later I told the ems worker at the booking I need to go back to the hosptal for the pain on my left side face because it was hurt very bad and swollening up that when they call ems then took me to the hospital king county on may 18, 2017

II.A.  Injuries.   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I had swollon on both side of my face part black and blue under my both my eyes and blood clot in both my eye ball. I had xray face scan on my left face and pain pill on may 15, 2017 at woodhull hosptal with the injuryie with the tall light skin unform office with the light czar cut at my bed DIS-204/Bed2 and on may 18, 2017 I had xray face scan done on both side of my face for the injuryie

that happen with me with the brown dark skin office that had on nike green sweater and blue Jeans and white shoe and his partner white both them tall white office had gray sweater blue Jeans and white shoe dark middle cut fade dark brow office dark middle cut czar cut both them had plain wearing of the injuries. and had gas face mask and pain pill giving to me.

III. Relief: State what relief you are seeking if you prevail on your complaint.

Trying to see justice agains this office that assolted me when I was cuffed and leg shock and payment for pain in suffing from my injuries that happening to me at woodhull hosptal on may 15, 2017 and King county Hosptal on may 18, 2017 when I was cuffed to the bed pole and leg shock and when I was discharge cuffed behind my back and leg shock.

I declare under penalty of perjury that on 5-22-20 (date), I delivered this complaint to prison authorities at Midstate correctional facility (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5-22-20

Sheldon Dashawn John DoB 08/15/86 Din number 19A3374
Signature of Plaintiff

Midstate correctional facility p.o box 2500
Name of Prison Facility or Address if not incarcerated

Marcy NewYork 13403

Address

Din Number 19A3374
Prisoner ID#

rev. 12/1/2015

around 1pm that when I was being ecorded to king county hosptal for the pain on my left side face where the tall light skin TD 30 NYPD subway cop punch me at when I was cuffed to the pole left side and leg shock on my legs that when I let the doctor know what happen at Woodhull issue to the doctor at king county doctor he told me we going to gave you a face xray then pain pills then discagge you back out so I gotting treadment then was waiting to go back to booking to see the judge then the two unform NYPD cops said they was waiting for they releaf offices so they can take me to the booking so they can go home that when they releaf come to let them go home the two NYPD subway cops that come to get them was the cop plain wearing cops that lock me up for the case I was lock up for that when the tall brownskin office that was wearing that day green nike sweater blue jean and white shoe a dark middle cut czar came to me with his partner white tall dack middle cut fade blue eye had on gray sweater blue jean and white shoe both come to me whelie the other two unform cop was going home the same plain wearing cops said let go and told me to get up so I got up as the dark brown skin office with the green nike sweat grab my cuff hand then out of nowhere started to bend my hands then I told him do you have to do that then he said shut the fuck up then out of nowhere grab my neck then the white office with the gray sweater tacked me to the ground then the brown skin office punch me in my right side face two then the started to chock me on my neck and the white office with the gray sweater started to bend my legs with the legshock on my legs that when the doctor run to them said you can't do that here that when I told the doctor what happeing this now then he said do you need treadment I said yes so he gave me a xray on right side face and put me on Bed location DIS-R1VB12 and gave me my riskband number 2217383-5 then cuff me back to the bed pole and still had my legshock on my legs that when the nuse gave me a green gas face mask to stop the swollen now on both side of my face then the nurse gave me pain pill for my pain I was have a for my black and blue mark under my eyes and blood clot in both eye ball part after two hour with the gas face mask on the doctor came back as me do you still have pain I said yes it still hurt a little bit couple 1 hour later the doctor discharge me back to the booking to see the Judge so they had two unform TD 30 cop took me there.

**MID-STATE CORRECTIONAL FACILITY**
P.O. BOX 2500
MARCY, NEW YORK 13403

NAME: Sheldon JGhn    DIN: 19A3394

Sent to United State District of New York 225 Cadman plaza
East Brooklyn NY 11201 Attention. Pro Se office

Court

Legal mail